CITY OF NORWOOD, APPELLEE, *v.* BURTON ET AL., APPELLANTS.

[Cite as *Norwood v. Burton,* 110 Ohio St.3d 416, 2006-Ohio-4554.]

(No. 2005-2314—Submitted August 31, 2006—Decided September 6, 2006.)

{¶ 1} The judgment of the court of appeals is reversed on the authority of *Norwood v. Horney,* 110 Ohio St.3d 353, 2006-Ohio-3799, 853 N.E.2d 1115.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

RESNICK, J., not participating.

———

Manley Burke, L.P.A., Timothy M. Burke, Gary E. Powell, and Daniel J. McCarthy; and Rick G. Gibson, City of Norwood Law Director, and Theodore E. Kiser, Assistant Law Director, for appellee city of Norwood.

Wood & Lamping, L.L.P., and Robert P. Malloy; and Institute for Justice, Dana Berliner, Scott G. Bullock, William H. Mellor, Robert W. Gall, and David Roland, for appellants.

Dinsmore & Shohl, L.L.P., Mark A. Vander Laan, Lawrence R. Elleman, Bryan E. Pacheco, and Richard B. Tranter, for appellee Rookwood Partners, Ltd.